IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GEORGE LEE PARKS, III, #379790**                                                        **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO. 1:15-cv-314-LG-RHW**

**EVAN HUBBARD, ET AL.**                                                             **DEFENDANTS**

ORDER

This cause is before the Court on Plaintiff's Motion for Discovery [10]. Plaintiff, an inmate currently housed at the Harrison County Detention Center, filed this *pro se* Complaint pursuant to 42 U.S.C. § 1983. On September 24, 2015, Plaintiff was granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 [6]. Since Plaintiff is a prisoner and proceeding *in forma pauperis*, his case is subject to the screening procedures of the Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e and 28 U.S.C. § 1915A. Therefore, process has not been served and any discovery is premature. After review of Plaintiff's Motion [10], it is hereby,

ORDERED:

1. That Plaintiff's Motion for Discovery [10] is DENIED as premature. As stated above, this case is in the initial screening stages under § 1915 and process has not yet issued.

**2. That Plaintiff is warned that his failure to advise this Court of a change of address or his failure to timely comply with any order of this Court may result in this cause being dismissed.**

SO ORDERED, this the 8th day of October, 2015.

/s/ Robert H. Walker
UNITED STATES MAGISTRATE JUDGE