IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GEORGE LEE PARKS, III, #379790**     **PLAINTIFF**

**VERSUS**     **CIVIL ACTION NO.  1:15-cv-314-LG-RHW**

**EVAN HUBBARD, ET AL.**     **DEFENDANTS**

### ENTRY OF APPEARANCE

PLEASE take notice that Patrick T. Guild, and the law firm of Boyce Holleman & Associates, hereby enters appearance on behalf of the Defendant, HARRISON COUNTY, MISSISSIPPI.

RESPECTFULLY SUBMITTED, this the 2nd day of December, 2015.

         HARRISON COUNTY, MISSISSIPPI,
         DEFENDANT

         BY AND THROUGH ITS COUNSEL OF RECORD
         BOYCE HOLLEMAN AND ASSOCIATES


     By: _____s/ Patrick T. Guild_____
               Patrick T. Guild


Tim C. Holleman (Ms Bar #2526)
Patrick T. Guild (Ms Bar #103739)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone:  (228) 863-3142
Facsimile:  (228) 863-9829
Email:  tim@boyceholleman.com
        patrick@boyceholleman.com

**CERTIFICATE OF SERVICE**

I, Patrick T. Guild, do hereby certify that I have this caused to be filed via the electronic filing system a true and correct copy of the foregoing pleading, which transmitted a copy to all counsel of record and to the following, via U.S. Mail, postage prepaid:

>George Lee Parks, III, #379790
>10451 Larkin Smith Drive
>Gulfport, MS 39503

This the 2nd day of December, 2015.

       /s/ Patrick T. Guild_____
         Patrick T. Guild

Tim C. Holleman (Ms Bar #2526)
Patrick T. Guild (Ms Bar#103739)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone:  (228) 863-3142
Facsimile:  (228) 863-9829
Email:  tim@boyceholleman.com
       patrick@boyceholleman.com