IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GEORGE LEE PARKS, III**                                                                                       **PLAINTIFF**

**VS.**                                                                               **CIVIL ACTION: 1:15cv314-RHW**

**EVAN HUBBARD,** *et al.*                                                                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Order granting motion to dismiss entered by the Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.  This case is dismissed as to all claims and all Defendants.

**SO ORDERED**, this the 15th day of November, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE